*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Alkareem Qaadir Logan  )  Case No. 25–10144–amc
      )
      )
Debtor(s).  )  Chapter: 7
      )
      )

## Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Schedules A Due 1/27/25
    Schedules B Due 1/27/25
    Schedules C Due 1/27/25
    Schedules D Due 1/27/25
    Schedules E Due 1/27/25
    Schedules F Due 1/27/25
    Schedules G Due 1/27/25
    Schedules H Due 1/27/25
    Schedules I Due 1/27/25
    Schedules J Due 1/27/25
    Statement of Current Monthly Income (122A–1) Due 1/27/25
    Means Test Calculation (122A–2) Due 1/27/25
    Statement of Financial Affairs Due 1/27/25
    Summary of Assets and Liabilities Due 1/27/25

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 14, 2025          By the Court

                         Ashely M. Chan
                         Chief Judge, United States Bankruptcy Court