United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10144-amc |
| Alkareem Qaadir Logan | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 14, 2025 | Form ID: 130 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alkareem Qaadir Logan, 3600 Conshohocken Ave #2104, Philadelphia, PA 19131-5339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Alkareem Qaadir Logan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Alkareem Qaadir Logan                    Case No. 25−10144−amc

Debtor(s).                                      Chapter: 7

## Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        Documents and Deadline

        Schedules A Due 1/27/25  
        Schedules B Due 1/27/25  
        Schedules C Due 1/27/25  
        Schedules D Due 1/27/25  
        Schedules E Due 1/27/25  
        Schedules F Due 1/27/25  
        Schedules G Due 1/27/25  
        Schedules H Due 1/27/25  
        Schedules I Due 1/27/25  
        Schedules J Due 1/27/25  
        Statement of Current Monthly Income (122A−1) Due 1/27/25  
        Means Test Calculation (122A−2) Due 1/27/25  
        Statement of Financial Affairs Due 1/27/25  
        Summary of Assets and Liabilities Due 1/27/25

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 14, 2025                                                    By the Court

                                                                               Ashely M. Chan  
                                                                               Chief Judge, United States Bankruptcy Court