United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10144-amc
Alkareem Qaadir Logan  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jan 14, 2025  Form ID: 210U  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alkareem Qaadir Logan, 3600 Conshohocken Ave #2104, Philadelphia, PA 19131-5339 |
| 14968124 | | Eagle 1 Cu, Po Box 13160, Philadelphia, PA 19101 |
| 14968129 | | Kimberly L. Thompson, c/o Wendy Glazer, 2 Penn Ctr Ste 900, Philadelphia, PA 19102-1742 |
| 14968133 | + | Phila Gas Works Emp, 7921 Bustleton Ave, Philadelphia, PA 19152-3302 |
| 14968134 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14968136 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14968147 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14968149 | | Wendy Glazer, Esq., 2 Penn Ctr Ste 900, Philadelphia, PA 19102-1742 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2025 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14968114 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 15 2025 00:07:02 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14968115 | + | Email/Text: jvalencia@amhfcu.org | Jan 14 2025 23:58:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14968116 | | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 00:06:10 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14968121 | | Email/Text: megan.harper@phila.gov | Jan 14 2025 23:58:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14968117 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2025 00:07:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14968118 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2025 00:18:03 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14968119 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2025 23:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14968122 | | Email/Text: bankruptcy@philapark.org | Jan 14 2025 23:58:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14968123 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 14 2025 23:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14968125 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

Case 25-10144-amc    Doc 9    Filed 01/16/25    Entered 01/17/25 00:40:41    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: 210U | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 14 2025 23:58:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14968126 | + | Email/Text: bankruptcy@firstelectronic.com | Jan 14 2025 23:58:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14968127 | + | Email/Text: bankruptcy@fultonbank.com | Jan 14 2025 23:58:00 | Fulton Bank, Po Box 4887, Lancaster, PA 17604-4887 |
| 14968128 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2025 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14968120 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 15 2025 00:06:13 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14968130 | | Email/Text: fesbank@attorneygeneral.gov | Jan 14 2025 23:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14968135 | | Email/Text: CollectionsDept@PFCU.COM | Jan 14 2025 23:57:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14968138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2025 00:18:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14968131 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14968132 | | ^ MEBN | Jan 14 2025 23:55:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14968137 | | Email/Text: bankruptcy@philapark.org | Jan 14 2025 23:58:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14968139 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 15 2025 00:17:59 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 14968140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 15 2025 00:18:56 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14968141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 15 2025 00:17:57 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14968142 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 15 2025 00:19:02 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14968143 | | ^ MEBN | Jan 14 2025 23:55:14 | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14968144 | | ^ MEBN | Jan 14 2025 23:55:13 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14968145 | | ^ MEBN | Jan 14 2025 23:55:19 | Torres Crdit, Attn: Bankruptcy, PO Box 189, Carlisle, PA 17013-0189 |
| 14968146 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2025 23:58:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14968148 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 15 2025 00:29:37 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 14968150 | | ^ MEBN | Jan 14 2025 23:55:05 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025 | Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Alkareem Qaadir Logan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Alkareem Qaadir Logan                                    Case No: 25−10144−amc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 1/14/25

Timothy B. McGrath
Clerk of Court

6
Form 210U