UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>ALKAREEM QAADIR LOGAN<br><br><br>Debtor(s), | Bankruptcy No:  25-10144<br><br>Chapter: 7<br><br>Judge: Honorable Ashely M. Chan |
|---|---|

ORDER GRANTING MOTION TO EXTEND TIME
TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before February 10, 2025.

3. This case may be dismissed without further notice if the Schedules are not filed by February 10, 2025.

4. Any request for an extension of time must be filed on or before February 10, 2025.

DATE:

**Date: January 30, 2025**

_____
Honorable Ashely M. Chan
U. S. Bankruptcy Judge