## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALKAREEM QAADIR LOGAN | CHAPTER 7 |
| Debtor | |
| | Case No. 25-10144/amc |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of Allen B. Dubroff, Esq. & Associates, LLC will represent the interests of KIMBERLY THOMPSON in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for Kimberly Thompson as follows:

Allen B. Dubroff, Esq.
Allen B. Dubroff, Esq. & Associates, LLC
1500 JFK Boulevard – Suite 910
Philadelphia, PA 19102

Respectfully submitted,
ALLEN B. DUBROFF, ESQ. &
ASSOCIATES, LLC

By: /s/ Allen B Dubroff
Allen B. Dubroff, Esq.
1500 JFK Boulevard, Suite 910
Philadelphia, PA 19102
PA Bar: 04686
Phone: 215-568-2700
Fax: 215-689-3777
allen@dubrofflawllc.com

Date: 2/13/25