**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alkareem** | **Qaadir** | **Logan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (if known) **25-10144-amc**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

**2.1**

**Pennsylvania Department of Revenue**
Creditor's Name
**Bankruptcy Division**
**1 Revenue Pl**
Number     Street
**Harrisburg, PA 17129-0001**
City     State     ZIP Code

**Describe the property that secures the claim:**

| See Attachment |
|---|

**Amount of claim:** $11,461.85
**Value of collateral:** $6,058.00
**Unsecured portion:** $5,403.85

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$11,461.85**

| Debtor 1 | **Alkareem** | **Qaadir** | **Logan** | Case number *(if known)* **25-10144-amc** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Attachment Page

**2.1  Describe the property that secures the claim:**

2013 Audi A6

Various used articles of clothing, shoes, and accessories, each valued at $600 or less.

Real Estate Equity Lawsuit

Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less.

Various used pieces of jewelry.

Various used televisions, mobile devices, and computers, each valued at $600 or less.

Wells Fargo