**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alkareem** | **Qaadir** | **Logan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-10144-amc**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
Number     Street
**Philadelphia, PA 19101-7346**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **$90,150.00**    Priority amount: **$3,400.00**    Nonpriority amount: **$86,750.00**

Debtor 1  **Alkareem**      **Qaadir**            **Logan**                          Case number *(if known)* **25-10144-amc**
First Name   Middle Name     Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2** **Kimberly L. Thompson**
Priority Creditor's Name
**c/o Wendy Glazer**
**2 Penn Ctr Ste 900**
Number    Street
**Philadelphia, PA 19102-1742**
City      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___      **$202,203.50**   **$202,203.50**   **$0.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Equitable Distribution of Assets**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3** **Pennsylvania Department of Revenue**
Priority Creditor's Name
**Bankruptcy Division**
**1 Revenue Pl**
Number    Street
**Harrisburg, PA 17129-0001**
City      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___      **$1,069.21**     **$237.39**      **$831.82**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F           Schedule E/F: Creditors Who Have Unsecured Claims                page **2** of **11**

Debtor 1  **Alkareem**     **Qaadir**       **Logan**                          Case number *(if known)* **25-10144-amc**
         First Name      Middle Name       Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4**

**Wendy Glazer, Esq.**
Priority Creditor's Name

**2 Penn Ctr Ste 900**
Number    Street

**Philadelphia, PA 19102-1742**
City         State       ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

Total claim: **$56,412.68**
Priority amount: **$56,412.68**
Nonpriority amount: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Assigned Debt via Divorce Court Order/Contempt Penalty**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Alkareem    Qaadir    Logan**    Case number *(if known)* **25-10144-amc**
          First Name   Middle Name   Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**  **American Heritage Federal Credit Union**   Last 4 digits of account number  **0  9  0  1**    **$6,546.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                  When was the debt incurred?  **10/1/2014**

**2060 Red Lion Rd**
Number     Street                                     **As of the date you file, the claim is:** Check all that apply.
**Philadelphia, PA 19115-1603**                       ☐ Contingent
City         State      ZIP Code                      ☐ Unliquidated
                                                      ☐ Disputed

**Who incurred the debt?** Check one.                 **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**     ☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.2**  **American Heritage Federal Credit Union**   Last 4 digits of account number  **0  0  0  1**    **$1,453.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                  When was the debt incurred?  **10/1/2014**

**2060 Red Lion Rd**
Number     Street                                     **As of the date you file, the claim is:** Check all that apply.
**Philadelphia, PA 19115-1603**                       ☐ Contingent
City         State      ZIP Code                      ☐ Unliquidated
                                                      ☐ Disputed

**Who incurred the debt?** Check one.                 **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**     ☑ Other. Specify  **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Alkareem**         **Qaadir**           **Logan**                              Case number *(if known)* **25-10144-amc**
            First Name           Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                                                                                                       **Total claim**

**4.3**  **Capital One NA**                                    Last 4 digits of account number    **6  3  3  2**                   **$1,005.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                           When was the debt incurred?    **9/1/2012**

**PO Box 30285**
Number          Street                                         **As of the date you file, the claim is:** Check all that apply.
**Salt Lake City, UT 84130-0285**                              ❏ Contingent
City            State            ZIP Code                      ❏ Unliquidated
                                                               ❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only                                                ❏ Student loans
❏ Debtor 1 and Debtor 2 only                                   ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another                      ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**              ☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.4**  **Cavalry Portfolio Services**                        Last 4 digits of account number    **9  9  2  8**                   **$7,258.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Attn: Bankruptcy**                          When was the debt incurred?    **7/26/2022**

**1 American Lane , Ste 220**
Number          Street                                         **As of the date you file, the claim is:** Check all that apply.
**Greenwich, CT 06831**                                        ❏ Contingent
City            State            ZIP Code                      ❏ Unliquidated
                                                               ❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only                                                ❏ Student loans
❏ Debtor 1 and Debtor 2 only                                   ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another                      ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**              ☑ Other. Specify  **UnknownLoanType**

**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor 1  **Alkareem**          **Qaadir**            **Logan**                                  Case number *(if known)* **25-10144-amc**
            First Name           Middle Name           Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.5** **Eagle 1 Cu**
Nonpriority Creditor's Name

**Po Box 13160**
Number         Street

**Philadelphia, PA 19101**
City          State       ZIP Code

Last 4 digits of account number  **6  0  L  9**        $1,371.00

When was the debt incurred?  **11/1/2022**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.6** **Fingerhut Fetti/Webbank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**6250 Ridgewood Road**
Number         Street

**Saint Cloud, MN 56303**
City          State       ZIP Code

Last 4 digits of account number  **6  0  1  4**        $1,958.00

When was the debt incurred?  **8/1/2023**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Alkareem**   **Qaadir**   **Logan**                           Case number *(if known)* **25-10144-amc**
          First Name    Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**      Total claim

### 4.7 Fulton Bank

Nonpriority Creditor's Name

**Po Box 4887**
Number        Street

**Lancaster, PA 17604**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  1 0 1 4      $9,908.00

**When was the debt incurred?**  10/1/2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CheckCreditOrLineOfCredit**

### 4.8 Portfolio Recovery Associates, LLC

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 12914**
Number        Street

**Norfolk, VA 23541-0914**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4 8 0 0      $5,663.00

**When was the debt incurred?**  6/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **UnknownLoanType**

Debtor 1  **Alkareem**  **Qaadir**  **Logan**  Case number *(if known)* **25-10144-amc**
        First Name  Middle Name  Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.9** **Syncb/Venmo**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 965064**
Number   Street
**Orlando, FL 32896-5060**
City   State   ZIP Code

Last 4 digits of account number  **4  8  8  9**   **$957.00**

When was the debt incurred?  **9/1/2023**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.10** **Synchrony/PayPal Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965064**
Number   Street
**Orlando, FL 32896-5064**
City   State   ZIP Code

Last 4 digits of account number  **9  9  6  0**   **$1,268.00**

When was the debt incurred?  **6/1/2023**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor 1  **Alkareem** **Qaadir** **Logan**   Case number *(if known)* **25-10144-amc**
　　　　　First Name　　Middle Name　　Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.11 Td Retail Card Services
Nonpriority Creditor's Name
**MS BT**
**POB 9475**
Number　　Street
**Minneapolis, MN 55440**
City　　State　　ZIP Code

**Last 4 digits of account number** 6 8 9 7    **$148.00**

**When was the debt incurred?** 12/1/2018

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.12 Telecom Self-reported
Nonpriority Creditor's Name
**Po Box 4500**
Number　　Street
**Allen, TX 75013**
City　　State　　ZIP Code

**Last 4 digits of account number** 0 B 1 1    **$254.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **UnknownLoanType**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Alkareem  Qaadir  Logan**  Case number *(if known)* **25-10144-amc**
First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.13 Telecom Self-reported
Nonpriority Creditor's Name
**Po Box 4500**
Number  Street

**Allen, TX 75013**
City  State  ZIP Code

Last 4 digits of account number **0  5  F  C**    **$25.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Agriculture**

**Is the claim subject to offset?**
☑ No
❑ Yes

### 4.14 Telecom Self-reported
Nonpriority Creditor's Name
**Po Box 4500**
Number  Street

**Allen, TX 75013**
City  State  ZIP Code

Last 4 digits of account number **1  F  4  7**    **$15.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Agriculture**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1  **Alkareem**  **Qaadir**  **Logan**  Case number *(if known)* **25-10144-amc**
First Name    Middle Name    Last Name

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** — 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** — 6b. | $91,219.21 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** — 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. — 6d. + | $258,616.18 |
| | 6e. | **Total.** Add lines 6a through 6d. — 6e. | **$349,835.39** |

| | | | Total claim |
|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** — 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** — 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** — 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. — 6i. + | $37,829.00 |
| | 6j. | **Total.** Add lines 6f through 6i. — 6j. | **$37,829.00** |