Certificate Number: 16339-PAE-DE-039429345

Bankruptcy Case Number: 25-10144



16339-PAE-DE-039429345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2025, at 1:35 o'clock PM EDT, Alkareem Logan completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 11, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor