United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alkareem Qaadir Logan  
    Debtor

Case No. 25-10144-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 23, 2025     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alkareem Qaadir Logan, 3600 Conshohocken Ave #2104, Philadelphia, PA 19131-5339 |
| 14968124 | | Eagle 1 Cu, Po Box 13160, Philadelphia, PA 19101 |
| 14978447 | + | Kimberly A. Thompson, c/o Allen B. Dubroff, Esq. & Associates,, 1500 JFK Boulevard - Suite 91O, Philadelphia, PA 19102-1710 |
| 14968129 | | Kimberly L. Thompson, c/o Wendy Glazer, 2 Penn Ctr Ste 900, Philadelphia, PA 19102-1742 |
| 14968133 | + | Phila Gas Works Emp, 7921 Bustleton Ave, Philadelphia, PA 19152-3302 |
| 14968134 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14968136 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14968147 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14968149 | | Wendy Glazer, Esq., 2 Penn Ctr Ste 900, Philadelphia, PA 19102-1742 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2025 01:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14968114 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 24 2025 01:23:40 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14968115 | + | Email/Text: jvalencia@amhfcu.org | Apr 24 2025 01:16:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14968116 | | Email/PDF: bncnotices@becket-lee.com | Apr 24 2025 01:22:47 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14968121 | | Email/Text: megan.harper@phila.gov | Apr 24 2025 01:17:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14968117 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 01:23:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14968118 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 01:22:15 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14968119 | + | Email/Text: bankruptcy@cavps.com | Apr 24 2025 01:16:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane , Ste 220, Greenwich, CT 06831-2563 |
| 14968120 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 01:23:56 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14968122 | | Email/Text: bankruptcy@philapark.org | Apr 24 2025 01:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14968123 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 24 2025 01:17:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14968125 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

Case 25-10144-amc    Doc 35    Filed 04/25/25    Entered 04/26/25 00:35:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 24 2025 01:17:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14968126 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 24 2025 01:17:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14968127 | + | Email/Text: bankruptcy@fultonbank.com | Apr 24 2025 01:17:00 | Fulton Bank, Po Box 4887, Lancaster, PA 17604-4887 |
| 14968128 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2025 01:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14968130 | | Email/Text: fesbank@attorneygeneral.gov | Apr 24 2025 01:16:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14968135 | | Email/Text: CollectionsDept@PFCU.COM | Apr 24 2025 01:16:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14968138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 01:23:30 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14968131 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2025 01:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14977725 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2025 01:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14968132 | ^ | MEBN | Apr 24 2025 00:59:47 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14968137 | | Email/Text: bankruptcy@philapark.org | Apr 24 2025 01:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14968139 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:23:54 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 14968140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:40:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14968141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:25:02 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14968142 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:38:41 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14968143 | ^ | MEBN | Apr 24 2025 00:59:47 | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14968144 | ^ | MEBN | Apr 24 2025 00:59:43 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14968145 | ^ | MEBN | Apr 24 2025 00:59:51 | Torres Crdit, Attn: Bankruptcy, PO Box 189, Carlisle, PA 17013-0189 |
| 14968146 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2025 01:16:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14968148 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 24 2025 01:39:52 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 14968150 | ^ | MEBN | Apr 24 2025 00:59:33 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 32

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf900 | Total Noticed: 41 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Kimberly A. Thompson allen@dubrofflawllc.com adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Alkareem Qaadir Logan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Alkareem Qaadir Logan, | Case No. 25-10144-AMC |
| | Chapter 13 |
| Debtor. | |

**Stipulation to Extend Time to File Trustee's Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion)**

AND NOW, this 3rd of April, 2025, it is hereby agreed and stipulated between the Trustee, Lynn E. Feldman, Esquire, Chapter 7 Trustee, and Counsel for Debtor, Michael A. Cibik, Esquire, as follows:

1. The current deadline for the Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is April 11, 2025.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until June 10, 2025, to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Lynn E. Feldman
Chapter 7 Trustee

_____
Michael A. Cibik
Counsel for Debtor

**Order**

AND NOW, this 23rd of April, 2025, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

_____
Ashely M. Chan
United States Bankruptcy Chief Judge