## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ALKAREEM QAADIR LOGAN  :  CHAPTER 7
         Debtor  :
           :
           :  Bankr. No. 25-10144/amc

### NOTICE OF MOTION, RESPONSE, DEADLINE & HEARING DATE

Kimberly Thompson ("Movant") has filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Federal Rule of Bankruptcy Procedure 4001 (a) (the "Motion").

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.

    1.    If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on the Motion, then on or before June 1, 2025, you or your attorney must do the <u>all</u> of the following:

        (a)    File an answer explaining your position at:

            Clerk for United States Bankruptcy Court
            Robert N.C. Nix Building
            900 Market Street, Suite 400
            Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    Serve a copy to the Movant's attorney at:

            Allen B. Dubroff, Esq.
            Allen B. Dubroff, Esq. & Assocs., LLC
            1500 JFK Blvd., Suite 910
            Philadelphia, PA 19102
            Phone: (215) 568-2700
            Fax: (215) 689-3777
            Email: <u>allen@dubrofflawllc.com</u>

2. If you or your attorney do not take the steps described in the paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3. A telephonic hearing on the Motion is scheduled on June 11, 2025 at 10:30 a.m., phone number: 1.877.873.8017, access code: 3027681, before the Honorable Ashely M. Chan, Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Building, 2nd Floor, 900 Market Street, Philadelphia, PA 19107-4299. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankruptcy Procedure 9014(d).

4. If a copy of the motion not enclosed, copy of Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney names in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215)408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

ALLEN B. DUBROFF, ESQ. & ASSOCIATES, LLC

BY: _____
Allen B. Dubroff, Esq.
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
(215)568-2700
Fax: 215-689-3777
Email: allen@dubrofflawllc.com
Counsel for Kimberly Thompson

Date: 5/12/25