IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALKAREEM QAADIR LOGAN : | CHAPTER 7 |
| Debtor : | |
| : | Case No. 25-10144/amc |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(A)

Kimberly Thompson, through her attorneys, Allen B. Dubroff, Esq. and Assocs., LLC, files the following Motion for Relief from the Automatic Stay and submits the following in support thereof:

1. Debtor filed his Petition for Chapter 7 relief on January 13, 2025;

2. Lynn E. Feldman, Esq. is the duly appointed Chapter 7 Trustee in this pending case.

3. On the date of the filing of the Chapter 7, the Debtor was the Defendant in a matter pending in the Courts of Common Pleas of Philadelphia County, No. D16108527 titled: Kimberly Thompson v. Alkareem Logan.

4. Movant avers that the Chapter 7 was filed in order to stay a pending contempt action in the Common Pleas Court as set forth in paragraph 3 above.

5. Movant seeks relief from the automatic stay in order to proceed with the pending contempt action and other issues related to the division of marital property.

6. The matter pending in the State Court action may provide the Trustee with information that concerns the Debtor's submission of requested documents in the Chapter 7 proceedings and testimony in the state court action which could affect the Trustee's determination regarding a possible dismissal of the Chapter 7 case.

WHEREFORE, Movant prays that the Court enter the proposed Order and grant relief from the automatic stay to Kimberly Thompson to proceed in the pending Court of Common Pleas, Case No. D16108527 titled: <u>Kimberly Thompson v. Alkareem Logan.</u>

Respectfully submitted,
ALLEN B. DUBROFF, ESQ. &
ASSOCIATES, LLC

BY: *Allen B. Dubroff*
Allen B. Dubroff, Esq.
1500 JFK Boulevard, Suite 910
Philadelphia, PA 19102
PA Bar: 04686
Phone: 215-568-2700
Fax: 215-689-3777
**allen@dubrofflawllc.com**

Date: 5/12/25