## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALKAREEM QAADIR LOGAN | : | CHAPTER 7 |
| Debtor | : | |
| | : | Case No. 25-10144/amc |

### ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion of Kimberly Thompson ("Thompson") for relief from the automatic stay pursuant to 11 U.S.C. §362(d) and Federal Rule of Bankruptcy Procedure 4001(a) (the "Motion"), and any objection or responses to the relief requested therein, and after notice and opportunity for hearing, and good cause appearing for the relief requested in the Motion, it is hereby

ORDERED, pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), that the Motion be, and hereby is Granted, and it is further

ORDERED, in accordance with the foregoing, that Thompson is hereby authorized to exercise her state law rights and remedies with respect to the pending action in the Courts of Common Pleas of Philadelphia County, PA, Case ID220201657, as more fully set forth in the Motion; and it is further

ORDERED, that this Order is not stayed pursuant to Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and is effective immediately; and it is further

ORDERED, that the relief herein is *in rem,* and as such, Thompson's enforcement of her state law rights and remedies with respect to the pending state court action, shall not be stayed by any further bankruptcy cases filed by the Debtor, and it is further;

ORDERED, that Thompson may file of record a copy of this Order with the Philadelphia County Court of Common Pleas to 11 U.S.C. §362(d)(4).

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE