IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALKAREEM QAADIR LOGAN : CHAPTER 7
: 
Debtor :
: Case No. 25-10144/amc

## CERTIFICATION OF SERVICE/MAILING

I, Allen B. Dubroff, Esq., hereby certify that on _May 13, 2025_ a copy of the foregoing Notice of Motion, Response Deadline and Hearing Date was served upon the parties listed below as follows:

**Via the Court's CM/ECF System and First Class Mail:**

jmeyerson@meyersonlawfirm.com
Jack Meyerson, Esq.
1600 Market Street – Suite 1305
Philadelphia, PA 19103

djpesq@gmail.com
Demetrius Parrish, Jr., Esq.
7715 Crittenden Street, Suite 360
Philadelphia, PA 19118

ej.gruber@cibiklaw.com
E.J. Gruber, Deputy Attorney
Cibik Law, P.C.
1500 Walnut Street – Suite 900
Philadelphia, PA 19102

Allen B. Dubroff, Esq. & Assocs., LLC

BY: _____
Allen B. Dubroff, Esq.
PA No. 4686
1500 JFK Blvd.- Suite 910
Philadelphia, PA 19102
Phone: 215-568-2700
Fax: 215-689-3777
Email: allen@dubrofflawllc.com