United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10144-amc |
| Alkareem Qaadir Logan | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alkareem Qaadir Logan, 3600 Conshohocken Ave #2104, Philadelphia, PA 19131-5339 |
| 14978447 | + | Kimberly A. Thompson, c/o Allen B. Dubroff, Esq. & Associates,, 1500 JFK Boulevard - Suite 91O, Philadelphia, PA 19102-1710 |
| 14968129 | | Kimberly L. Thompson, c/o Wendy Glazer, 2 Penn Ctr Ste 900, Philadelphia, PA 19102-1742 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

**Name**            **Email Address**

ALLEN B. DUBROFF
    on behalf of Kimberly A. Thompson allen@dubrofflawllc.com  adminassistant@dubrofflawllc.com,john@dubrofflawllc.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MICHAEL A. CIBIK
    on behalf of Debtor Alkareem Qaadir Logan help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jun 12, 2025     Form ID: pdf900     Total Noticed: 3
TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALKAREEM QAADIR LOGAN  :  CHAPTER 7
:
Debtor  :
:  Case No. 25-10144/amc

### ORDER

AND NOW, this ___12th___ day of ___June___, 2025, upon consideration of the Motion of Kimberly Thompson ("Thompson") for relief from the automatic stay pursuant to 11 U.S.C. §362(d) and Federal Rule of Bankruptcy Procedure 4001(a) (the "Motion"), and any objection or responses to the relief requested therein, and after notice and opportunity for hearing, and good cause appearing for the relief requested in the Motion, it is hereby

ORDERED, pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), that the Motion be, and hereby is Granted, and it is further

ORDERED, in accordance with the foregoing, that Thompson is hereby authorized to exercise her state law rights and remedies with respect to the pending action in the Courts of Common Pleas of Philadelphia County, PA, Case ID220201657, as more fully set forth in the Motion; and it is further

ORDERED, that this Order is not stayed pursuant to Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and is effective immediately; and it is further

ORDERED, that the relief herein is *in rem,* and as such, Thompson's enforcement of her state law rights and remedies with respect to the pending state court action, shall not be stayed by any further bankruptcy cases filed by the Debtor, and it is further;

ORDERED, that Thompson may file of record a copy of this Order with the Philadelphia County Court of Common Pleas to 11 U.S.C. §362(d)(4).

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE